FILED ___ SERVED ON
ENTERED ___ COUNSEL/PARTIES OF RECORD

NOV - 3 2009

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7                 **DISTRICT OF NEVADA**

8

9   RICKEY EGBERTO,                    )    Case No.: 3:06-CV-715-RCJ(RAM)
                                       )
10               Plaintiff,            )
                                       )    **ORDER**
11      v.                             )
                                       )
12   NEVADA DEPARTMENT OF              )
     CORRECTIONS., *et al.*,           )
13                                     )
                 Defendants.           )
14   _____ )

15          Before the Court for consideration is the Report and Recommendations (#55) of U.S.

16   Magistrate Judge Robert A. McQuaid, Jr., entered May 27, 2008.  This action was referred to

17   U.S. Magistrate Judge Robert A. McQuaid, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B) and LR

18   IB 1-4.  On June 19, 2008, Defendants filed a Motion for Enlargement of Time (#64) in which

19   to file their objections to the Report and Recommendations, and attached Exhibit (#64-2)

20   Motion for Reconsideration of U.S. Magistrate Judge's Report and Recommendation.

21   Defendants also submitted a *Sealed* Motion for *In Camera* Submission of Medical Records

22   (#65).

23          Also before the Court is Defendants' Motion to Strike (#71) filed on July 7, 2008,

24   requesting that the Court strike the following pleadings filed on behalf of the Plaintiff by his

25   wife Natalie Smith Egberto, Plaintiff's Objections to Motions filed While Case is Stayed (#68),

26   Motion to Permit Late Filing of Plaintiff's Objections in Part to Magistrate Judge's Report and

27   ///

28   ///

1   Recommendations due to Excusable Neglect (#67) and Plaintiff's Response to Defendants'

2   Motion for Reconsideration of U.S. Magistrate Judge's Report and Recommendation and

3   Plaintiff's Objections to Magistrate Judge's Report and Recommendations (#69/70) filed on

4   June 24, 2008.

5       Also before the Court is Plaintiff's Reconsideration of Plaintiff Motion for Preliminary

6   Injunction (#119) filed September 15, 2009.

7                                         I. ANALYSIS

8   A.      Review of Magistrate Judge's Order

9       Any party may object to a magistrate judge's case dispositive proposed order, findings,

10  or recommendations.  28 U.S.C. § 636(b)(1)(B);  Fed.R.Civ.P. 72(b);  LR 74.2. The district

11  court must make a *de novo* determination of those portions of the magistrate judge's report

12  to which objection is made and may accept, reject, or modify, in whole or in part, the findings

13  or recommendations made by the magistrate judge. Id. De novo review means the court must

14  consider the matter anew, the same as if it had not been heard before and as if no decision

15  previously had been rendered. Ness v. Commissioner, 954 F.2d 1495, 1497 (9th Cir. 1992).

16  Thus, although the district court need not hold a de novo hearing, the court's obligation is to

17  arrive at its own independent conclusion about those portions of the magistrate judge's

18  findings or recommendation to which objections are made. United States v. Remsing, 874

19  F.2d 614, 617 (9th Cir. 1989).

20      After conducting a *de novo* review of the record, the Court accepts and adopts the

21  Magistrate Judge's Recommendation (#55).

22                                       III. Conclusion

23      IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction (#35) is

24  GRANTED in part and DENIED in part as follows:

25      1.      A preliminary injunction ordering Defendants to follow Dr. Long's recommended

26  course of treatment or ordering Defendants to send Plaintiff for another evaluation by an

27  equivalent doctor and then following that doctor's recommended course of treatment is

28  GRANTED.

2.    A preliminary injunction transferring Plaintiff to another facility is DENIED.

IT IS FURTHER ORDERED that Defendants Motion for Enlargement of Time (#64), Motion for Leave to file *In Camera* Submission of Medical Records (#65), and Defendants' Motion to Strike (#71) are GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall STRIKE Docket Entries (#67) (#68) (#69) & (#70) from the Court's record.

IT IS FURTHER ORDERED that Defendants' Motion for Reconsideration of U.S. Magistrate Judge's Report and Recommendation (#64-2) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Reconsideration of Plaintiff Motion for Preliminary Injunction (#119) is DENIED.

IT IS SO ORDERED.

DATED: This 3 day of November, 2009.

Robert C. Jones
UNITED STATES DISTRICT JUDGE