UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| RICKEY EGBERTO, | CASE NO.  3:06-CV-0715-RCJ-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: SEPTEMBER 24, 2010 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE
Deputy Clerk: JENNIFER COTTER    Reporter: FTR: 9:59:36 a.m. - 10:03:05 a.m.
Counsel for Plaintiff: RICKEY EGBERTO, In Pro Per (telephonically)
Counsel for Defendant(s): SUSAN LEE

PROCEEDINGS: **MOTION HEARING**

9:59 a.m. Court convenes.

The Court addresses each of the subject motions.

**Motion to Extend Time to File Dispositive Motion (Docket #200)**

The Court notes that the Motion for Summary Judgment has been filed.  IT IS ORDERED that the Motion to Extend Time is DENIED AS MOOT.

**Motion to Extend Time to File Opposition to Motion for Summary Judgment (Docket #206)**

IT IS ORDERED that the Motion to Extend Time is GRANTED.  Plaintiff shall have **sixty (60) days**, or until **November 24, 2010,** to file his opposition to the Motion for Summary Judgment (Docket #204).

**Motion to Stay (Docket #212)**

IT IS ORDERED that the Motion to Stay is DENIED AS MOOT, as the applicable motions have been decided by Judge Jones.

10:03 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk