# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY EGBERTO,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | 3:06-cv-00715-MMD-WGC<br><br>**REFERRAL TO PRO BONO PROGRAM** |

This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2016-02 for the purpose of and identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment shall be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

DATED: May 3, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE