ADAM PAUL LAXALT
  Attorney General
CLARK G. LESLIE, Bar No. 10124
  Chief Deputy Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1257
E-Mail: ealbright@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel,
Nevada Department of Corrections, Glen Whorton,
Howard Skolnik, Ted D'Amico, M.D., Robert Bannister, M.D.,
Adam Endel, Fritz Schlottman and William Donat*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY EGBERTO,<br><br>  Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, a Political Subdivision of the STATE OF NEVADA; and DOES I through X, inclusive,<br><br>  Defendants. | Case No.: 3:06-cv-00715-RCJ-WGC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Defendants State of Nevada ex rel, Nevada Department of Corrections, Glen Whorton, Howard Skolnik, Ted D'Amico, M.D., Robert Bannister, M.D., Adam Endel, Fritz Schlottman and William Donat by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Rickey Egberto, by and through counsel, Travis Barrick, Esq., hereby stipulate to the dismissal[1] of this action with prejudice, with each party to bear their own attorney's fees and costs.

---

[1] The stipulation to dismiss this action with prejudice is predicated upon the Settlement Agreement entered into between the parties in conjunction with this stipulation.

1

| DATED this 25th day of Sept., 2017. | DATED this 26th day of Sept, 2017. |
|---|---|
| PLAINTIFF, RICKEY EGBERTO | OFFICE OF THE ATTORNEY GENERAL |
| By: /s/ Travis Barrick<br>Travis Barrick, Esq.<br>Representing, Plaintiff, Rickey Egberto | By: /s/ Erin L. Albright<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 26th day of September, 2017.

_____
DISTRICT JUDGE